JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAQUELIN ESTRADA,

    Plaintiff,

       v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

Defendant.

No. 2:23-cv-01917-MRW

[PROPOSED] JUDGMENT

     Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:     8/10/23

                   HON. MICHAEL R. WILNER
                   UNITED STATES MAGISTRATE JUDGE

-1-